# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF GEORGIA

## SAVANNAH DIVISION

U. S. DISTRICT COURT
Southern District of Ga.
. Filed in Office

1·31 2018

Deputy Clerk

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) 4:17CR242 | |
| | ) | |
| JADONTE GADSDEN, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Counsel in the above-captioned case have advised the Court that all pretrial motions have been complied with and/or that all matters raised in the parties' motions have been resolved by agreement. Therefore, a hearing in this case is deemed unnecessary.

SO ORDERED, this _31st_ day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA